# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0351

_____

JONARD E. BANKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Melissa G. Olin, Judge.

December 19, 2025

PER CURIAM.

AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jonard E. Banks, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.